UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRENDAN DONOVAN,<br><br>Defendant | Criminal No. 25-cr- 10287<br><br>Violation:<br><br>Count One: Felon in Possession of Ammunition (18 U.S.C. §§ 922(g)(1) and 924(e))<br><br>Firearm Forfeiture Allegation: (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)) |

INDICTMENT

COUNT ONE
Felon in Possession of Ammunition
(18 U.S.C. §§ 922(g)(1) and 924(e))

The Grand Jury charges:

On or about March 26, 2025, in Boston, in the District of Massachusetts, the defendant,

BRENDAN DONOVAN,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, ammunition, that is, 57 rounds of 5.56x45mm ammunition.

Before the defendant, BRENDAN DONOVAN, committed the offense charged in this count, the defendant had the following convictions for offenses committed on occasions different from one another, as provided in 18 U.S.C. § 924(e)(1):

1. Conviction for possession with intent to distribute class B and class C substances, in violation of Mass. Gen. Laws c. 94C, §§ 32A(a) and 32(B)(a); committed or

about November 1, 2022; (*see Commonwealth v. Brendan Donovan*, Gloucester District Court, Docket Number 2239CR00513);

2. Conviction for possession with intent to distribute class B and class C substances, subsequent offense, in violation of Mass. Gen. Laws c. 94C, §§ 32A(b) and 32(B)(b); committed on or about July 20, 2022; (*see Commonwealth v. Brendan Donovan*, Boston Municipal Court – Central Division, Docket Number 2201CR02225);

3. Conviction for two counts of assault with a dangerous weapon, in violation of Mass. Gen. Laws c. 265, § 15(B)(b); committed on or about August 27, 2014; (*see Commonwealth v. Brendan Donovan*, Boston Municipal Court - South Boston Division, Docket Number 1403CR00917);

4. Conviction for possession with intent to distribute class B and class C substances, in violation of Mass. Gen. Laws c. 94C, §§ 32A(a) and 32(B)(a); committed on or about September 30, 2010; (*see Commonwealth v. Brendan Donovan*, Wareham District Court, Docket Number 1060CR02371); and

5. Conviction for possession with intent to distribute class C substance, in violation of Mass. Gen. Laws c. 94C, § 32(B)(a); committed on or about October 18, 2007; (*see Commonwealth v. Brendan Donovan*, Boston Municipal Court - South Boston Division, Docket Number 0703CR01571).

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e), set forth in Count One, the defendant,

BRENDAN DONOVAN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. 57 rounds of 5.56x45mm ammunition contained in two 30-round firearm magazines.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON

_____
JOHN T. DAWLEY, JR.
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: JULY  09  , 2025
Returned into the District Court by the Grand Jurors and filed.

/s/Thomas F. Quinn 7/9/2025 @ 3:25pm
_____
DEPUTY CLERK