**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense:              Category No. _II_           Investigating Agency _DEA_

City _____Boston_____      Related Case Information:

County _Suffolk_              Superseding Ind./ Inf. _____  Case No. _____
                             Same Defendant _____  New Defendant _X_
                             Magistrate Judge Case Number _____
                             Search Warrant Case Number _____
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _Brendan Donovan_              Juvenile:   ☐ Yes  ☑ No

            Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address      (City & State) _South Boston, MA_

Birth date (Yr only): _1979_  SSN (last4#): _-9603_  Sex _M_  Race: _____  Nationality: _____

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA _John T. Dawley, Jr._           Bar Number if applicable _683662_

Interpreter:   ☐ Yes  ☑ No        List language and/or dialect: _____

Victims:   ☐ Yes  ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

Matter to be SEALED:   ☐ Yes  ☑ No

     ☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _03/26/2025_

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at _____ ☐ Serving Sentence  ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**   ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony _1_

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: _7/9/2025_           Signature of AUSA: _/s/ John T. Dawley, Jr._

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Brendan Donovan _____

<b>U.S.C. Citations</b>

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. §§ 922(g)(1), 924(e) | Felon in Possession of Ammunition. | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____