# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: Warden-Superintendent: Suffolk County House of Correction, 20 Bradston St, Boston, MA 02118

YOU ARE COMMANDED to have the body of __Brendan Donovan__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __BY VIDEO__, on the __BY VIDEO__ floor, Boston, Massachusetts on or before __July 21, 2025__, at __10:00__ AM.

for the purpose of __Initial appearance and Arraignment__

in the case of UNITED STATES OF AMERICA V. __Brendan Donovan__

CR Number __1:25-cr-10287-MJJ-1__

And you are to retain the body of said __Brendan Donovan__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Brendan Donovan__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __10__ day of __July, 2025__.

M. Page Kelley, USCMJ
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

SEAL

ROBERT M. FARRELL
CLERK OF COURT

By: /s/ Leonardo T. Vieira
Deputy Clerk

(Habeas Writ.wpd - 5/27/08)